UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

DAVID WAGNER, )
 )
 Plaintiff, )
 )
 vs. ) No. 4:05-CV-1590 (CEJ)
 )
MERCK & CO., INC., et al., )
 )
 Defendants. )

### ORDER

**IT IS HEREBY ORDERED** that the motion of defendant Merck & Co., Inc., to strike plaintiff's motion to remand [#15] is **denied as moot**.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 25th day of January, 2006.